Celinda A. Fulton, Appellant, v. Fred H. Krull, Respondent.— Judgment and order affirmed, with costs, upon the opinion of Tuttle, referee, in the case of *Clinton* v. *Krull* (*ante*, p. 157), decided at this term of court. All concurred; Robson, J., not sitting.

Esther C. Hoskins, Respondent, v. Kingsland Brick Company and Others, Appellants, Impleaded with Ross-Keller Triple Pressure Brick Machine Company.— Judgment affirmed, with costs. All concurred.

Andrew Marko, Respondent, v. Genesee Furnace Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rayner G. Godden and Henry Mickle, Respondents, v. Louise Lessinger, Appellant.— Judgment affirmed, with costs. All concurred.

Mertie L. Underwood, Appellant, v. Margaret E. Roberts Underwood, as Executrix, etc., of Charles K. Underwood, Deceased, Respondent.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. John Dewey, Appellant.— Judgment and order reversed and new trial granted. Held, that the verdict was contrary to and against the weight of the evidence. All concurred.

Albert Meissner, by John Meissner, His Guardian ad Litem, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff was guilty of contributory negligence as matter of law. All concurred.

Chauncey C. Colburn, Respondent, v. Merton J. Spencer and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer the amended complaint within twenty days, upon payment of costs. All concurred.

Edwin Macomber, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Katherine De Garmo, Appellant, v. F. P. Bentley, Superintendent of the Onondaga County Penitentiary at Jamesville, New York, Respondent.— Order affirmed. All concurred.

In the Matter of the Application of International Railway Company for the Appointment of Three Commissioners to Determine Whether Its Railroad Ought to Be Constructed and Operated in Elmwood Avenue, etc.— Determination of commissioners that railroad ought to be constructed and operated as set forth in report of said commissioners confirmed.

John J. Odell, Respondent, v. Star Palace Laundry, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

James J. Simmons, Appellant, v. Francis I. Crisfield, Respondent.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

Patrick Dowdell, Respondent, v. Lackawanna Steel Company, Appellant.— Motion to amend remittitur denied, with ten dollars costs,